# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN  DIVISION

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-310-D |
| | ) | |
| v. | ) | |
| | ) | |
| THE CITY OF ST. LOUIS, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-322-D |
| | ) | |
| v. | ) | |
| | ) | |
| ALL PAST TO PRESENT MAYORS, | ) | |
| ALL MOTHERS AND FATHERS OF THE | ) | |
| PAST TO THE PRESENT, ALL SURVIVORS | ) | |
| OF THE PAST TO THE PRESENT, and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-335-D |
| | ) | |
| v. | ) | |
| | ) | |
| DYLANN ROOF, | ) | |
| | ) | |
| Defendant. | ) | |

1

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:15-CV-336-D |
| v. | ) | |
| | ) | |
| DYLANN ROOF, ERIC HOLT, HOLT AND | ) | |
| WHITE, G.O.P. REPUBLICANS, UNITED | ) | |
| STATES HOUSE OF REPRESENTATIVES, | ) | |
| THE COUNTRY OF GERMANY, and THE | ) | |
| AMERICAN COLLEGE DICTIONARY, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:15-CV-337-D |
| v. | ) | |
| | ) | |
| INTERNATIONAL CRIMINAL COURT | ) | |
| (1946), INTERNATIONAL PEACE COURT | ) | |
| (1946), and KKK, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:15-CV-341-D |
| v. | ) | |
| | ) | |
| THE SOUTH CAROLINA HATE, and | ) | |
| INCLUDING THE CHIEF OF POLICE, | ) | |
| | ) | |
| Defendants. | ) | |

2

TYRONE HURT,

                Plaintiff,

      v.

INTERNATIONAL CRIMINAL COURT
(1946), INTERNATIONAL PEACE COURT,
and NARCOTIC AGENTS (1972),

                Defendants.

No. 5:15-CV-342-D

---

TYRONE HURT,

                Plaintiff,

      v.

CHIEF OF POLICE,

                Defendant.

No. 5:15-CV-356-D

---

TYRONE HURT,

                Plaintiff,

      v.

7TH DISTRICT, D.C. METROPOLITAN,
POLICE DEPARTMENTS, and D.C.
COUNCIL,

                Defendants.

No. 5:15-CV-409-D

TYRONE HURT,                                     )
                                                 )
                    Plaintiff,                    )
                                                 )          No. 5:15-CV-412-D
        v.                                        )
                                                 )
THE INTERNATIONAL CRIMINAL COURT                 )
- 1946 - (HAGUE, GERMANY), and THE               )
INTERNATIONAL PEACE COURT - 1946                 )
(HAGUE, GERMANY),                                 )
                                                 )
                    Defendants.                   )


TYRONE HURT,                                     )
                                                 )
                    Plaintiff,                    )
                                                 )          No. 5:15-CV-413-D
        v.                                        )
                                                 )
UNITED STATES OF AMERICA,                         )
                                                 )
                    Defendant.                    )


TYRONE HURT,                                     )
                                                 )
                    Plaintiff,                    )
                                                 )          No. 5:15-CV-416-D
        v.                                        )
                                                 )
THE STATE OF VIRGINIA, and NARCOTIC              )
AGENTS (1972),                                    )
                                                 )
                    Defendants.                   )


TYRONE HURT,                                     )
                                                 )
                    Plaintiff,                    )
                                                 )          No. 5:15-CV-440-D
        v.                                        )
                                                 )
THE CENTER OF THE WORLD, and UNITED              )
STATES OF AMERICA,                                )
                                                 )
                    Defendants.                   )

4

TYRONE HURT,                                    )
                                                )
                        Plaintiff,              )
                                                )        No. 5:15-CV-469-D
        v.                                      )
                                                )
UNITED STATES OF AMERICA,                       )
                                                )
                        Defendant.              )


TYRONE HURT,                                    )
                                                )
                        Plaintiff,              )
                                                )        No. 5:15-CV-470-D
        v.                                      )
                                                )
THE AMERICAN CIVIL LIBERTIES UNION,             )
                                                )
                        Defendant.              )

TYRONE HURT,                                    )
                                                )
                        Plaintiff,              )
                                                )        No. 5:15-CV-487-D
        v.                                      )
                                                )
U.S. CONSTITUTION, DR. REV. MARTIN              )
LUTHER KING, JR., INTERNATIONAL                 )
CRIMINAL COURT, INTERNATIONAL                   )
PEACE COURT, AMERICAN PEOPLE, and               )
UNITED STATES OF AMERICA,                       )
                                                )
                        Defendants.             )


## JUDGMENT

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for
ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES these actions as
frivolous. The clerk shall close the cases.

**This Judgment Filed and Entered on September 23, 2015, and Copies To:**

Tyrone Hurt          (via US Mail, 422 Chesapeake St. SE, Apt. 33, Washington, DC 20032)


DATE                                    **JULIE RICHARDS JOHNSTON, CLERK**
September 23, 2015                       By: /s/ Crystal Jenkins
                                        Deputy Clerk